**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAVIER STEVEN CHAVEZ, | CV 09-1754-PSG(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| FRANCISCO JACQUEZ (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, a mixed petition containing unexhausted claims.

DATED:     3/31/10

                                          **PHILIP S. GUTIERREZ**

                                            PHILIP S. GUTIERREZ
                                      United States District Judge